# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| DAVID RODRIGUES, #89491, | )<br>)<br>) |
| Petitioner, | )  3:09-cv-00029-LRH-VPC |
| vs. | )<br>)  ORDER |
| STATE OF NEVADA, *et al.,* | )<br>) |
| Respondents. | )<br>) |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* On November 2, 2009, respondents filed a motion for an extension of time to file their response to the petition. (Docket #34.) Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including January 11, 2010, to file their response.

DATED this 5th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE