**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAVID RODRIGUES,

    Petitioner,

vs.

STATE OF NEVADA, *et al.,*

    Respondents.

3:09-cv-0029-LRH-VPC

**ORDER**

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 4, 2010, respondents filed a suggestion of death on the record, stating that petitioner died on April 29, 2010. (Docket #56.) Accordingly, this case is **HEREBY DISMISSED**.

DATED this 11th day of May, 2010.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE